NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL ADAMOWICZ AND ELIZABETH FRASER, (AS EXECUTORS OF THE ESTATE OF MARY ADAMOWICZ, DECEASED, AND MICHAEL ADAMOWICZ INDIVIDUALLY),**

*Plaintiffs-Appellants,*

v.

**UNITED STATES,**

*Respondent-Appellee.*

---

2012-5053

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-888, Senior Judge Lawrence S. Margolis.

---

**ON MOTION**

---

**O R D E R**

The appellants move without opposition for an 122-day extension of time, until July 23, 2012, to file their opening brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

MAR 2 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Frederick M. Sembler, Esq.
     Jeffrey D. Klingman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2012

JAN HORBALY
CLERK